# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Moe

v.

Trump et al.

**Case No:** 25-5108

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☉ Gov't counsel

for the ☉ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Donald Trump, in his official capacity as Presid

Pamela Bondi, in her official capacity as Attorn

William Lothrop, in his official capacity as Actinc

### Counsel Information

Lead Counsel: McKaye L. Neumeister

Direct Phone: (202) 514-8100  Fax: (___) ___-____  Email: McKaye.L.Neumeister@usdoj.gov

2nd Counsel: Gerard Sinzdak

Direct Phone: (202) 514-0718  Fax: (___) ___-____  Email: Gerard.J.Sinzdak@usdoj.gov

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Avenue, NW, Washington, DC 20530

Firm Phone: (202) 305-1754  Fax: (___) ___-____  Email: civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)