No. 25-5108                                September Term, 2024

1:25-cv-00653-RCL

Filed On: April 11, 2025

Maria Moe,

        Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.

        Appellants

**O R D E R**

Upon consideration of the district court's orders filed April 2, 2025, and April 10, 2025, it is

**ORDERED** that the record in this case be unsealed. See D.C. Cir. Rule 47.1(f). The Clerk is directed to note the docket accordingly.

                                                           **FOR THE COURT:**
                                                           Clifton B. Cislak, Clerk

                                BY:    /s/
                                                           Scott H. Atchue
                                                          Deputy Clerk