APPEAL,PSEUDO–GR,TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:25–cv–00653–RCL
*Internal Use Only*

SEALED v. SEALED  
Assigned to: Judge Royce C. Lamberth  
Related Case: 1:25–cv–00286–RCL  
Case in other court: USCA, 25–05108  
Cause: 28:1331 Fed. Question: Violation 5th & 8th Amendme

Date Filed: 03/06/2025  
Jury Demand: None  
Nature of Suit: 550 Prisoner Petition: Civil Rights (Other)  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**MARIA MOE**            represented by   **Natalie J. Kraner**  
LOWENSTEIN SANDLER LLP  
One Lowenstein Drive  
Roseland, NJ 07068  
973–597–2500  
Email: nkraner@lowenstein.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**            represented by   **Elizabeth Brooke Layendecker**  
*in his official capacity as President of the United States*  
U.S. DEPARTMENT OF JUSTICE  
Civil Division, Federal Programs Branch  
1100 L Street NW  
Washington, DC 20005  
771–217–8107  
Email: elizabeth.b.layendecker@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAMELA J. BONDI**            represented by   **Elizabeth Brooke Layendecker**  
*in her official capacity as Attorney General of the United States*  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM LOTHROP**            represented by   **Elizabeth Brooke Layendecker**  
*in his official capacity as Acting Director of the Federal Bureau of Prisons*  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2025 | 1 | COMPLAINT (Redacted) against All Defendants, filed by Maria Moe. (Attachments: # 1 Civil Cover Sheet)(BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] (Entered: 01/26/2025) |
| 01/26/2025 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge George A. OToole, Jr assigned to case. (BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/26/2025) |
| 01/26/2025 | 5 | MOTION to File under Seal, MOTION Proceed under Pseudonym, and MOTION for Protective Order by Maria Moe.(BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 |

| | | |
|---|---|---|
| | | (znmw). (Entered: 01/26/2025) |
| 01/26/2025 | 6 | MEMORANDUM in Support re 5 MOTION to Partially Seal, MOTION Proceed under Pseudonym, and MOTION for Protective Order filed by Maria Moe. (Attachments: # 1 Declaration of Jennifer L. Levi, # 2 Declaration of Lauren B. Meade, M.D., # 3 Proposed Order)(BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/26/2025) |
| 01/26/2025 | 7 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 5 Motion to Seal, 5 Motion to Proceed using Pseudonym; 5 Motion for Protective Order. The motions are granted, and the case is ordered sealed, subject to further consideration by the court. (BAH) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/26/2025) |
| 01/26/2025 | 12 | Judge George A. OToole, Jr: TEMPORARY RESTRAINING ORDER, ENTERED. Motion Hearing set for 1/28/2025 at 4:00 PM in Courtroom 22 (In person only) before Judge George A. OToole Jr. (BAH) (Copy of Order provided to counsel of record by email.)[Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/26/2025) |
| 01/27/2025 | 13 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. Any response to the Plaintiff's 3 Emergency Motion for a Temporary Restraining Order and Preliminary Injunction is due by 1:00 PM on Tuesday, January 28, 2025. (FGD)[Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/27/2025) |
| 01/28/2025 | 14 | NOTICE of Appearance by John Robinson on behalf of Donald J. Trump, James R. McHenry, III, William Lothrop. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/28/2025) |
| 01/28/2025 | 15 | NOTICE of Appearance by Jean Lin on behalf of Donald J. Trump, James R. McHenry, III, William Lothrop. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/28/2025) |
| 01/28/2025 | 16 | NOTICE of Appearance by Rayford A. Farquhar on behalf of Donald J. Trump, James R. McHenry, III, William Lothrop. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/28/2025) |
| 01/28/2025 | 18 | MOTION to Seal Document 17 Response to Motion, by Donald J. Trump, James R. McHenry, III, William Lothrop.(FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/28/2025) |
| 01/29/2025 | 19 | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole, Jr: Case sealed. Motion Hearing held on 1/28/2025 re 3 Emergency Motion for a Temporary Restraining Order and Preliminary Injunction filed by Plaintiff. Current status of Plaintiff discussed. Parties to decide which documents will remain under seal. Merits argument continued to 2:00 PM on Thursday, January 30, 2025. (Court Reporter: Jamie Halpin at jkhhalpin@gmail.com.) (Attorneys present: J. Levi and S. Austin for the Plaintiff; R. Farquhar, J. Lin and J. Robinson for the Defendants.) (JMF) Modified on 2/6/2025 to correct date of hearing (JMF). [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/29/2025) |
| 01/29/2025 | 20 | ELECTRONIC NOTICE Setting Hearing on Motion 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction, 18 MOTION to Seal Document 17 Response to Motion, : Motion Hearing set for 1/30/2025 02:00 PM in Courtroom 22 (In person only) before Judge George A. O'Toole Jr.. (JMF) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/29/2025) |
| 01/30/2025 | 22 | MOTION for Leave to Appear Pro Hac Vice for admission of Amy Whelan by Maria Moe. (Attachments: # 1 Certification of Amy Whelan). (FGD) [Transferred from |

| | | |
|---|---|---|
| | | Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 23 | MOTION for Leave to Appear Pro Hac Vice for admission of Natalie J. Kraner by Maria Moe. (Attachments: # 1 Certification of Natalie J. Kraner). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 24 | MOTION for Leave to Appear Pro Hac Vice for admission of Alexander Shalom by Maria Moe. (Attachments: # 1 Certification of Alexander Shalom). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 25 | MOTION for Leave to Appear Pro Hac Vice for admission of Christopher F. Stoll by Maria Moe. (Attachments: # 1 Certification of Christopher F. Stoll). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 26 | MOTION for Leave to Appear Pro Hac Vice for admission of Sarah K. Austin by Maria Moe. (Attachments: # 1 Certification of Sarah K. Austin). (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 27 | Judge George A. OToole, Jr: ORDER entered. Order to Unseal Case. The case and docket entries 1 , 2 , and 20 shall be unsealed. All other presently sealed matters shall remain sealed until further order of the Court. (FGD)[Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 28 | Filing fee/payment: $ 125, receipt number 100010474 for 26 MOTION for Leave to Appear Pro Hac Vice for admission of Sarah K. Austin. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 29 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 26 Motion for Leave to Appear Pro Hac Vice Added Sarah K. Austin.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 30 | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole, Jr: Motion Hearing held on 1/30/2025 re 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction and 18 MOTION to Seal Document 17 Response to Motion. Counsel for Plaintiff and Defendants present. Current status of Plaintiff and Pro Hac Vice filings discussed. Arguments held re: 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction. Matter taken under advisement. (Court Reporter: Kelly Mortellite at mortellite@gmail.com.) (Attorneys present: S. Austin and J. Levi for the Plaintiff; R. Farquhar and J. Lin for the Defendants.) (JMF) [Transferred from Massachusetts on 2/10/2025.][Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 31 | Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* by Maria Moe. (Attachments: # 1 REDACTED Memorandum of Law in Support of Plaintiffs' Ex−Parte Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, # 2 Declaration of Jennifer L. Levi in Support of Plaintiff's |

| | | |
|---|---|---|
| | | Motion for a Temporary Restraining Order/Preliminary Injunction and to Proceed Under Pseudonym, Partially Seal The Record, and for a Protective Order, # 3 REDACTED Declaration of Maria Moe's Mother, # 4 Declaration of Lauren B Meade, M.D. and Curriculum Vitae)(Klein, Bennett) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 32 | MOTION to Seal ,*Proceed Under Pseudonym, and for Protective Order* by Maria Moe. (Attachments: # 1 Memorandum of Law in Support of Motion to Proceed Under Pseudonym, to Partially Seal Documents and for Protective Order, # 2 Declaration of Jennifer L. Levi in Support of Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction and to Proceed Under Pseudonym, Partially Seal The Record, and for a Protective Order, # 3 REDACTED Declaration of Maria Moe's Mother, # 4 Declaration of Lauren B Meade, M.D. and Curriculum Vitae, # 5 Proposed Order Granting Plaintiff's Motion to Proceed Under Pseudonym, to File Under Seal, and for Protective Order)(Klein, Bennett)[Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 33 | REPLY to Response to 31 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Maria Moe. (Klein, Bennett) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/30/2025) |
| 01/31/2025 | 34 | **ELECTRONIC NOTICE TO COUNSEL**: Pursuant to the CM/ECF Administrative Procedures Section (G) Number (4): Any memorandum of law or other attachment filed in support of a main document shall be filed as a separate document, using the proper event. For future filings, please make sure all memorandums in support and any exhibits are filed correctly in their own separate entry from the motion. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/31/2025) |
| 01/31/2025 | 35 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. Docket entries 7 , 12 , 13 , 14 , 15 , 16 , and 19 shall be unsealed. All other presently sealed matters shall remain sealed until further order of the Court. The Court acknowledges 31 Emergency Motion for Temporary Restraining Order and Preliminary Injunction and 32 Motion to Seal, Proceed Under Pseudonym, and for Protective Order as redacted versions of previously−filed documents. The Court has ruled on these Motions at 7 and 12 . (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 01/31/2025) |
| 02/03/2025 | 36 | NOTICE of Appearance by Sarah K Austin on behalf of Maria Moe (Austin, Sarah) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/03/2025) |
| 02/05/2025 | 37 | RESPONSE to Motion re 31 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction (redacted version of sealed response at ECF No. 17)* filed by Donald J. Trump, James R. McHenry, III, William Lothrop. (Attachments: # 1 Declaration of Rick Stover (redacted), # 2 Transgender Offender Manual 2022, # 3 Transgender Offender Manual 2018, # 4 Keohane Order)(Robinson, John) [Transferred from Massachusetts on 2/10/2025.][Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/05/2025) |
| 02/05/2025 | 39 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/05/2025) |
| 02/07/2025 | 40 | Judge George A. OToole, Jr: ORDER entered. OPINION AND ORDER. (FGD) [Transferred from Massachusetts on 2/10/2025.] [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/07/2025) |
| 02/07/2025 | 41 | Case transferred to the District in which Plaintiff is currently confined; Original file certified copy of transfer order and docket sheet sent to Clerk in that district. (FGD) [Transferred from Massachusetts on 2/10/2025.][Transferred from [Redacted] on |

| | | |
|---|---|---|
| | | 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/07/2025) |
| 02/10/2025 | 45 | NOTICE of Appearance by Jessica Braverman on behalf of Maria Moe. (Braverman, Jessica) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/10/2025) |
| 02/10/2025 | 46 | MOTION for Admission Pro Hac Vice for Attorney Alexander Shalom. Filing fee $ 150, receipt number [Redacted] filed by Maria Moe. (Braverman, Jessica) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/10/2025) |
| 02/10/2025 | 47 | MOTION for Admission Pro Hac Vice for Attorney Natalie J. Kraner. Filing fee $ 150, receipt number [Redacted] filed by Maria Moe. (Braverman, Jessica) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/10/2025) |
| 02/11/2025 | 51 | NOTICE of Appearance by Ann M Bildtsen on behalf of Donald J Trump, James R. McHenry, III, William Lothrop. (kt) Document QC'd on 2/27/2025 (JME). [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/11/2025) |
| 02/14/2025 | 52 | Motion Regarding Continued Sealing 45 Notice of Appearance, 50 Order on Motion for Pro Hac Vice, 49 Temporary Restraining Order, 51 Notice of Appearance, 43 Notice re: Non−Admitted Attorney,,,, 48 Order on Motion for Pro Hac Vice, 42 Case Transferred In − District Transfer, 44 Notice re: Removed and Transferred Cases,, filed by Maria Moe. (Braverman, Jessica) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/14/2025) |
| 02/24/2025 | 54 | SEALED LETTER to District Judge by Maria Moe. (Shalom, Alexander) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/24/2025) |
| 02/24/2025 | 55 | SEALED PROPOSED ORDER TO JUDGE re Temporary Restraining Order by Maria Moe. (Shalom, Alexander) [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/24/2025) |
| 02/26/2025 | 57 | SEALED Plaintiff's Motion to Transfer and Supporting Memorandum of Law by Maria Moe. (Attachments: # 1 Meet and Confer Statement Pursuant to L.Civ.R.7.1(a)(1), # 2 Proposed Order)(Braverman, Jessica) Modified text/event on 2/27/2025 (CLK). Modified text on 2/27/2025 (CLK). [Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/26/2025) |
| 02/27/2025 | 58 | SEALED NOTICE by Donald J Trump, James R. McHenry, III, William Lothrop re 57 Sealed Document *Defendants' Notice of Consent to Plaintiff's Motion to Transfer Venue* (Bildtsen, Ann) Modified text on 2/27/2025 (MMP).[Transferred from [Redacted] on 3/6/2025.] Modified on 4/11/2025 (znmw). (Entered: 02/27/2025) |
| 03/06/2025 | 60 | Case transferred in from District of [Redacted]; Case Number [Redacted]. Original file ,transfer order and docket sheet received. Modified on 4/11/2025 (znmw). (Entered: 03/06/2025) |
| 03/07/2025 | 61 | Case directly reassigned to Judge Royce C. Lamberth as related. Judge Loren L. AliKhan is no longer assigned to the case. (ztnr) (Entered: 03/10/2025) |
| 03/10/2025 | 62 | SEALED ORDER (This document is SEALED and only available to authorized persons.) See ORDER for further details. Signed by Judge Royce C. Lamberth on 3/10/2025.(zcll) (Main Document 62 replaced on 4/3/2025) (zsmc). (Entered: 03/10/2025) |
| 03/10/2025 | | Set/Reset Deadlines: Show Cause deadline as to why the case shall remain under seal due by 12:30PM EST on 3/12/2025. (zcll) (Entered: 03/10/2025) |
| 03/17/2025 | 63 | REQUEST FOR SUMMONS TO ISSUE filed by MARIA MOE. (Attachments: # 1 Summons, # 2 Summons)(zdp) (Entered: 03/21/2025) |
| 03/21/2025 | | SUMMONS (3) Issued as to PAMELA BONDI, WILLIAM LOTHROP, and U.S. Attorney. (Emailed to Attorney of Record) (zdp) (Entered: 03/21/2025) |
| 04/02/2025 | 64 | ORDER: this case is hereby UNSEALED; All parties shall use the pseudonym listed in the Complaint and redact information that would identify Plaintiff in all documents filed in this action; and this case will proceed under protective order. See Order for details. Signed by Judge Royce C. Lamberth on 4/2/2025.(smc) (Entered: 04/03/2025) |

| | | |
|---|---|---|
| 04/02/2025 | | ***Case Unsealed Pursuant to 4/2/2025 Order (zdp) (Entered: 04/04/2025) |
| 04/02/2025 | 65 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 62 Sealed Order by PAMELA J. BONDI, WILLIAM LOTHROP, DONALD J. TRUMP. Fee Status: NO Fee Paid. Parties have been notified. (zdp) (Entered: 04/07/2025) |

| | | Parties have been notified. (zdp) (Entered: 04/07/2025) |
|--|--|--|

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA MOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-653-RCL<br>*SEALED* |

**NOTICE OF APPEAL**

    Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order granting Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 62).

Dated: April 2, 2025            Respectfully submitted,

                                           YAAKOV M. ROTH
                                           Acting Assistant Attorney General

                                           ALEX HAAS
                                           Director, Federal Programs Branch

                                           JEAN LIN
                                           Special Litigation Counsel

                                           /s/ *Elizabeth B. Layendecker*
                                           ELIZABETH B. LAYENDECKER
                                           ALEX YUN
                                           JOHN ROBINSON
                                           Trial Attorneys
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L. Street, NW
                                           Washington D.C. 20005
                                           (202) 616-5046
                                           Elizabeth.B.Layendecker@usdoj.gov

**RECEIVED**
APR 2 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

*Counsel for Defendants*

2