# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. **25-5108**    2. DATE DOCKETED: **04-09-2025**
3. CASE NAME (lead parties only) **Moe** v. **Trump**
4. TYPE OF CASE:  ☒ District Ct -  ◉ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ◉ Yes  ○ No
   If YES, cite statute **28 U.S.C. § 1657(a)**
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action **1:25-cv-00653**     Bankruptcy _____     Tax _____
      Criminal _____     Adversary _____
      Miscellaneous _____     Ancillary _____
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Royce C. Lamberth**     Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): **03-10-2025**    e. Date notice of appeal filed: **04-02-2025**
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ◉ No   If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ○ Yes  ◉ No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ◉ Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◉ Yes  ○ No  If YES, give each case's court and case name, and docket number:
      Jones v. Bondi, No. 25-5101 (D.C. Cir.); Doe v. Bondi, No 25-5099 (D.C. Cir.); Kingdom v. Trump, No. 1:25-cv-691 (DDC)
   k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes  ◉ No
      If YES, give popular name and citation of statute _____
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ◉ No   If so, provide program name and participation dates _____

Signature **/s/ McKaye L. Neumeister**    Date **04-14-2025**
Name of Party **Donald J. Trump, Pamela Bondi, William Lothrop**
Name of Counsel for Appellant/Petitioner **McKaye L. Neumeister**
Address **950 Pennsylvania Avenue, NW, Washington, DC 20530**
Phone ( **202** ) **514-8100**    Fax ( ___ ) ___ - ___

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing CIVIL DOCKETING STATEMENT.

                                           */s/ McKaye L. Neumeister*
                                           McKaye L. Neumeister
                                           Counsel for Defendants-Appellants