[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARIA MOE,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; and WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>    Defendants-Appellants. | No. 25-5108 |

**STATEMENT OF INTENT CONCERNING DEFERRED APPENDIX**

Defendants-Appellants do not intend to use a deferred joint appendix.

Respectfully submitted,

GERARD SINZDAK
 /s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7231
  Washington, D.C. 20530
  (202) 514-8100

APRIL 2025

## CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF INTENT CONCERNING DEFERRED APPENDIX.

                                              /s/ *McKaye L. Neumeister*
                                              McKaye L. Neumeister
                                              Counsel for Defendants-Appellants