[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARIA MOE,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, in her official capacity as Attorney General of the United States; and WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>    Defendants-Appellants. | No. 25-5108 |

## STATEMENT OF ISSUES

Pursuant to this Court's order dated April 10, 2025, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issue presented on appeal is:

Whether the district court abused its discretion in granting preliminary injunctions blocking the transfer of trans-identifying male inmates to male facilities, on the ground that any such transfer violates the Eighth Amendment.

Respectfully submitted,

GERARD SINZDAK
 /s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7231
   Washington, D.C. 20530
   (202) 514-8100

APRIL 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF ISSUES.

                                         */s/ McKaye L. Neumeister*
                                         McKaye L. Neumeister
                                         Counsel for Defendants-Appellants